IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITY OF EDMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cv-00149-HE |
| | ) |
| PURDUE PHARMA, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT CARDINAL HEALTH, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Cardinal Health, Inc. ("Cardinal"), states as follows in accordance with Fed. R. Civ. P. 7.1 and W.D. Okla. LCvR 7.1.1:

- Cardinal is neither an LLC nor a partnership of any kind.

- No publicly traded corporation owns more than ten percent (10%) of Cardinal's stock.

- 2 -

        Respectfully submitted,

        /s/ Ryan A. Ray
        **Ryan A. Ray**, OBA #22281
        **NORMAN WOHLGEMUTH CHANDLER JETER BARNETT & RAY, P.C.**
        401 S. Boston Ave.
        2900 Mid-Continent Tower
        Tulsa, Oklahoma 74103
        Telephone: (918) 583-7571
        Facsimile: (918) 584-7846
        rar@nwcjlaw.com

        ATTORNEYS FOR DEFENDANT, CARDINAL HEALTH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record automatically through the Court's CM/ECF electronic filing system on this 19th day of February 2019:

Harrison C. Lujan, Esq.
Matthew J. Sill, Esq.
Raymond E. Zschiesche, Esq.
Todd A. Court, Esq.
Tony G. Puckett, Esq.

        /s/ Ryan A. Ray
        **Ryan A. Ray**